ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANOIEL KHORSHID (Cal. Bar No. 223912)
   Room 7516 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone:   (213) 894-6086
   Facsimile:   (213) 894-7819
   Email: Anoiel.Khorshid@usdoj.gov

Attorneys for Marybeth Peters, Register of Copyrights
of the United States Library of Congress

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YU ZHANG, | Case No. CV 08-06506 GAF (RCx) |
|    Plaintiff, | |
|       v. | **JUDGMENT** |
| HEINEKEN N.V., *et al.*, | |
|    Defendants. | Honorable Gary A. Feess |

     This copyright infringement action arises out of the alleged reproduction of certain Chinese artwork. Plaintiff Yu Zhang ("Zhang") alleges that Defendants conspired to violate his exclusive rights in a work entitled "Traditional Chinese Painting." The artwork consists of four separate Chinese characters, to which Zhang also asserts exclusive rights. Although Zhang previously applied to register these works, the United States Copyright Office ("Copyright Office") denied his applications.

     Zhang filed suit against a number of infringing defendants, and asserts a single claim against Marybeth Peters, acting in her official capacity as the Register of Copyrights of the United States Library of Congress (the "Register"). Zhang specifically requests that this Court direct the Register to issue a certificate of

1  copyright for each of the relevant works.

2       On April 16, 2010, the Register filed her Motion for Summary Judgment. *See*
3  Docket No. 38. The Court issued its Order granting the Register's Motion on May 12,
4  2010. *See* Docket No. 41. In that Order, the Court also vacated the hearing set for
5  May 17, 2010. *See* id.

6       As detailed in the Court's Order, because the drawings are merely ornate
7  depictions of various Chinese words, the Court concludes that Zhang's works lack the
8  minimum amount of originality to warrant copyright protection. Applicable copyright
9  regulations preclude registration of words or phrases, even if they are created with
10 artistic detail or decoration. The Court also concludes that the Register's decision to
11 deny Zhang's applications was reasonable, and that her ultimate decision requires
12 substantial deference. In light of the deference given to the Register's decision, the
13 considerable legal authority supporting that decision, and Zhang's failure to file any
14 opposition to the present motion:

15      **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the
16 Register's Motion for Summary Judgment is granted and judgment is hereby entered
17 in favor of the Register.

18
19
20 DATED: June 18, 2010             _____
                                         Honorable Gary A. Feess
                                         UNITED STATES DISTRICT JUDGE

21
22 Presented by:

23 ANDRÉ BIROTTE JR.
   United States Attorney
   LEON W. WEIDMAN
24 Assistant United States Attorney
   Chief, Civil Division

25     //s//
   _____
26 ANOIEL KHORSHID
   Assistant United States Attorney
27
28 Attorneys for Marybeth Peters, Register of Copyrights
   of the United States Library of Congress.

-2-