JS-6

MATTHEW C. ELSTEIN (SBN: 174400)
LINDSAY J. HULLEY (SBN: 184924)
GORDON & REES LLP
101 West Broadway, Suite 2000
San Diego, CA  92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124
melstein@gordonrees.com
lhulley@gordonrees.com

Attorneys for Defendants
HEINEKEN N.V., HEINEKEN HOLDING N.V., HEINEKEN U.S.A., INC.
and MUSE COMMUNICATIONS, INC., f.k.a. and sued herein as
MUSE CORDERO CHEN & PARTNERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YU ZHANG, an individual, | CASE NO. CV08-06506 GAF (RCx) |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| vs. | |
| HEINEKEN N.V., a Corporation of the Netherlands, HEINEKEN HOLDING N.V., a Corporation of the Netherlands, HEINEKEN USA INCORPORATED, a Corporation of New York, JACK LIU, an individual, MUSE CORDERO CHEN & PARTNERS, a Business Entity of the State of California, MARYBETH PETERS, Register of Copyrights of the Library of Congress, U.S.A., and Does 1 through 20, inclusive, | |
| Defendants. | |

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

This action came on for hearing before the Court on a Motion by Defendants HEINEKEN N.V., HEINEKEN HOLDING N.V., HEINEKEN U.S.A., INC. and MUSE COMMUNICATIONS, INC., f.k.a. and sued herein as MUSE CORDERO CHEN & PARTNERS (collectively "Defendants") for Judgment on the Pleadings pursuant to Federal Rules of Civil Procedure, Rule 12(c).  [Docket No. 46]

After full consideration of the briefing submitted in support of and in opposition to the Motion for Judgment on the Pleadings, the Court issued an Order

-1-

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA  92101

1   on September 29, 2010 granting the Motion for Judgment on the Pleadings as to

2   Plaintiff YU ZHANG's ("Zhang") federal claims with prejudice, and dismissing

3   without prejudice Plaintiff's state law claims.  [Docket No. 49].

4   **THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND**

5   **DECREED** that Plaintiff Zhang take nothing pursuant to his First Count for

6   Copyright Infringement, Second Count for Conspiracy to Commit Copyright

7   Infringement, and Fourth Count for Violation of Artist's Moral Rights, and that

8   each of these counts is **HEREBY DISMISSED** on the merits **WITH**

9   **PREJUDICE**.

10   **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the

11   Court exercises its discretion to decline jurisdiction over, and **DISMISSES**

12   **WITHOUT PREJUDICE** all remaining state law claims for relief raised in

13   Zhang's Complaint, to wit, the Fifth Count for Breach of Contract, the Sixth Count

14   for Unjust Enrichment, the Seventh Count for Violation of California Civil Code

15   section 982(d)(1), the Eighth Count for Fraud and Deceit, the Ninth Count for

16   False Attribution or Ownership, the Tenth Count for Conversion, and the Eleventh

17   Count for Interference With Prospective Business Relations.

18   **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that

19   Defendants are the prevailing parties under 17 U.S.C. § 505, Federal Rule of Civil

20   Procedure, Rule 54, and Local Rule 54 and, accordingly, shall recover their costs

21   incurred in this action, and may seek an award of their attorneys' fees incurred in

22   this action.

23

24   Dated:  October 28, 2010

25   _____

26   UNITED STATES DISTRICT JUDGE

27

28

NAVI/1064166/8708937v.1

-2-

**[PROPOSED] JUDGMENT**
**CV08-06506 GAF (RCx)**